UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-427 (DLF) |
| : | |
| DAN EDWIN WILSON, and : | |
| DAVID SCOTT KUNTZ : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Anthony W. Mariano hereby withdraws his appearance in the above referenced matter on behalf of the United States. The United States is still represented by Assistant United States Attorneys Mindy Deranek and Taylor Fontan.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ Anthony W. Mariano
Anthony W. Mariano
MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
(202) 476-0319
Anthony.Mariano2@usdoj.gov