UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAN WILSON,<br><br>    Defendant. | Case No. 23-CR-427 & 24-CR-238 (DLF) |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR STAY OF ANY ORDER PERTAINING TO RELEASE FROM CUSTODY

    The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion in response to the defendant's motion for a stay of any order pertaining to release from custody (ECF 100, 23-CR-427) and the Court's related January 27, 2025 Minute Order. The government does not oppose the defendant's motion for a stay of any order to take the defendant back into custody or require the defendant to turn himself in to the Bureau of Prisons on these charges at this time.

    Respectfully submitted,

    EDWARD R. MARTIN, JR.
    United States Attorney
    D.C. Bar No. 481866

    _____/S/_____
    JENNIFER LEIGH BLACKWELL
    Assistant United States Attorney
    D.C. Bar No. 481097
    601 D Street, NW
    Washington, D.C. 20530
    Jennifer.blackwell3@usdoj.gov
    (202) 252-7068