# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Case No. 23-CR-427** |
| **DANIEL EDWIN WILSON,** | |
| Defendant. | |

## JOINT RESPONSE TO COURT'S MINUTE ORDER REGARDING AVAILBILITY FOR AN EMERGENCY HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the Court's Minute Order dated February 25, 2025, regarding availability of the parties for a hearing on the defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255. The government has consulted with defense counsel, and the parties are available at the following times for a hearing: 10 a.m. -12 p.m.; 1 p.m.-5 p.m. Counsel for the government is available to appear in person; defense counsel is available to appear virtually.

Respectfully submitted,

EDWARD ROBERT MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068